```
SODWOP
Gordon M. Park, NV Bar No. 7124
Jonathan W. Carlson, NV Bar No. 10536
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101
Gordon.Park@McCormickBarstow.com
Jonathan.Carlson@McCormickBarstow.com
Attorneys for Defendant
MERCURY CASUALTY COMPANY, a California
Corporation
```

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BRIGHAM YOUNG, by and through his Guardian ad Litem MERCEDES BROUGHTON,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY CASUALTY COMPANY, a California Corporation,<br><br>Defendant. | CASE NO. 2:09-CV-02399-JCM-LRL |

### STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed without prejudice.

The parties hereto have agreed to submit this matter to binding arbitration pursuant to a separate agreement between the parties.

. . .

. . .

. . .

. . .

. . .

56703/00132-1636492.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

1 | Each party will bear their own costs and attorneys' fees.

2 | Dated: December 28, 2010

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

By: _____
Gordon M. Park, NV Bar No. 7124
Jonathan W. Carlson, NV Bar No. 10536
Attorneys for Defendant
MERCURY CASUALTY COMPANY, a
California Corporation

7 | Dated: December 07, 2010

SAYRE & LEVITT, LLP

By: _____
Federico Castelan Sayre, Esq.
James Rumm, Esq.
Attorneys for Plaintiff
DAVID BRIGHAM YOUNG

12 | Dated: December ___, 2010

LAW OFFICES OF LARRY M.
NAKAHARA, A.P.C.

By: _____
Larry M. Nakahara, Esq.
Attorneys for David Brigham Young by
and thorugh his Guardian *ad Litem*
MERCEDES BROUGHTON

...

1    Each party will bear their own costs and attorneys' fees.

2    Dated: December 28, 2010            McCORMICK, BARSTOW, SHEPPARD,
3                                         WAYTE & CARRUTH, LLP
4                                        By: /s/ Gordon M. Park
5                                         Gordon M. Park, NV Bar No. 7124
                                          Jonathan W. Carlson, NV Bar No. 10536
6                                         Attorneys for Defendant
                                          MERCURY CASUALTY COMPANY, a
7                                         California Corporation

     Dated: December ___, 2010            SAYRE & LEVITT, LLP
8
9                                        By: _____
                                          Federico Castelan Sayre, Esq.
10                                        James Rumm, Esq.
                                          Attorneys for Plaintiff
11                                        DAVID BRIGHAM YOUNG

12   Dated: December 27, 2010            LAW OFFICES OF LARRY M.
                                          NAKAHARA, A.P.C.
13
14                                       By: /s/ Larry M. Nakahara
                                          Larry M. Nakahara, Esq.
15                                        Attorneys for David Brigham Young by
                                          and thorough his Guardian *ad Litem*
16                                        MERCEDES BROUGHTON

17   . . .
18   . . .
19   . . .
20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28   . . .

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

56703/00132-1636492.v1                          2

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed without prejudice.

DATED this 6th day of January, 2011.

_____
U.S. DISTRICT JUDGE

Submitted By:

Dated: December 28, 2010

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Gordon M. Park, NV Bar No. 7124
Jonathan W. Carlson, NV Bar No. 10536
Attorneys for Defendant
MERCURY CASUALTY COMPANY, a
California Corporation

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 West Sunset Road Suite 350
Las Vegas, NV 89113